UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON WILLIAMS,<br><br>                    Plaintiff,<br>  v.<br><br>BANK OF AMERICA, N.A., AS SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC., a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware corporation; RECONTRUST COMPANY, N.A., a corporate of unknown origin and a wholly-owned subsidiary of Bank of America, N.A.; BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS of CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-6; a corporation; and DOES 1-10 as individuals or entities with an interest in the property commonly known as: 3651 N. Dixon Ave., Meridian, Idaho 83646,<br><br>                    Defendants. | Case No. 1:11-cv-00383-BLW-REB<br><br>**JUDGMENT** |

    In accordance with the Order entered concurrently herewith,

**JUDGMENT - 1**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be entered in favor of Defendants and that this case be dismissed in its entirety.

DATED: September 17, 2012

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 2